IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Robert EARL Daugherty
AIS# 218467
_____  )
Full name and prison number of    ) 2007 FEB -8 A 9:31
plaintiff(s)                      )
                                  ) DEBRA P. HACKETT, CLK
                                  ) U.S. DISTRICT COURT
                                  ) MIDDLE DISTRICT ALA
        v.                        ) CIVIL ACTION NO. 2:07-CV-121-WKW
                                  ) (To be supplied by the Clerk of the
Leeopsey Daniels, Warden II       )  U.S. District Court)
                                  )
Sgt. Brown                        )
                                  )
State of Alabama, et. al.         )
_____   )
                                  )
_____   )
Name of person(s) who violated    )
your constitutional rights.       )
(List the names of all the persons)  )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline). N/A

        1.   Parties to this previous lawsuit:
             Plaintiff(s) N/A

             Defendant(s) _____

        2.   Court (if federal court, name the district; if state court, name the county)
             N/A

        3.   Docket No. N/A

        4.   Name of Judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Montgomery Pre-Release

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Same

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Leeposey Daniels Warden II
2. SGT. Brown
3. State of Alabama
4. 
5. Montgomery Pre-Release  PO Box 75 Mt. Meigs AL 36057-0075
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 2-6-07

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Being Deprived of Constitutional Right to practice my Religon (Native American)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Upon my transfer to this facility I informed SGT. Brown the fact of my Religous Belives. On 2-6-07 I Re approched him in Request of Being Transferd and was Denied.

-2-

GROUND TWO: UNSANITARY LIVING CONDITIONS TOILETS LEAK RAW SEWAGE

SUPPORTING FACTS: I ARRIVED DEC 14-06 THE RESTROOM TOILET HAVE LEAKED RAW SEWAGE SINCE I ARRIVED. THIS BUILDING HAS NO FIRE SPRINKLER SYSTEM AND NO FIRE EXTINGUISHERS. THE HEATERS LEAK RAW GAS INTO THE BUILDING.

GROUND THREE: 

SUPPORTING FACTS: 

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

1. PUNATIVE DAMAGES IN THE AMOUNT OF $150,000.00
2. I WOULD LIKE TO BE TRANSFERD TO WHERE I CAN PRACTICE MY RELIGON

Robert E Daugherty
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2-6-07.
(date)

Robert E Daugherty
Signature of plaintiff(s)

-3-

Robert Earl Daugherty 218467
Montgomery Pre-Release
P.O. Box 75
Mt. Meigs, AL 36057-0075





United States District Court
*Clerk*
P.O. Box 711
Montgomery, AL. 36130

Legal Mail