IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT EARL DAUGHERTY,     *
#218 467
     Plaintiff,     *

     v.     *       2:07-CV-121-WKW

LEEPOSEY DANIELS, WARDEN,     *
*et al.*,
     Defendants.     *

_____

**O R D E R**

By order filed February 12, 2007, the court directed Plaintiff to submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of this complaint. Plaintiff has submitted nothing in response to this order. Accordingly, it is

ORDERED that on or before March 15, 2007 Plaintiff shall show cause why this case should not be dismissed for his failure to comply with the court's February 12, 2007 order. In filing his response, Plaintiff shall advise the court of whether he requested prison officials to provide the inmate account information or whether he has simply chosen not to submit this information. If Plaintiff does not wish to continue with this cause of action, he shall so advise the court and file a motion to dismiss.

Plaintiff is cautioned that his failure to comply with this Order will result in a

recommendation by the undersigned that this case be dismissed

DONE, this 6th day of March 2007.

                                              /s/Susan Russ Walker
                                      SUSAN RUSS WALKER
                                      UNITED STATES MAGISTRATE JUDGE