IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT EARL DAUGHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-121-WKW |
| | ) |
| LEEPOSEY DANIELS, WARDEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On March 27, 2007, the Magistrate Judge filed a Recommendation (Doc. # 5) that the plaintiff's claims be dismissed for failure to comply with the orders of the court. Plaintiff was directed to submit a prison account statement per Order of the magistrate judge dated February 12, 2007 (Doc. # 4). Plaintiff has failed to comply with the Order.

Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

2. Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit (Doc. # 2) is DENIED; and

3. Plaintiff's Complaint (Doc. # 1) is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 18th day of April, 2007.

/s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE